# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                              No. 4:14CR00152-02 JLH

ROBERT KEITH MIZE                                                                        DEFENDANT

## ORDER

Robert Keith Mize's motion to withdraw his motion to suppress evidence is GRANTED. Document #121. Mize's motion to suppress evidence (Document #114) is hereby withdrawn without prejudice to the right of Mize to re-file a motion to suppress at a later time.

IT IS SO ORDERED this 9th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE