**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                              No. 4:14CR00152-02 JLH

ROBERT KEITH MIZE

**FINAL ORDER OF FORFEITURE**

On March 3, 2016, the Court entered a Preliminary Order of Forfeiture (Dkt. 256), ordering Robert Keith Mize ("Defendant") to forfeit his interest in a Smith and Wesson, model SW40VE, .40 caliber pistol, serial number RBZ4547 and all ammunition seized on June 5, 2014 (collectively "property subject to forfeiture").  The Order provided that it would become final as to Defendant at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Defendant, and no one has filed a claim to the forfeited property.  The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture.  The United States now has all right, title, and interest in the forfeited property.  Any prior claims in and against the forfeited property are extinguished and declared void.  The property shall be turned over to the United States Marshals Service and disposed of according to law.

So Ordered this 1st day of December, 2016.

_____
HONORABLE J. LEON HOLMES
United States District Judge